## Biays *against* Merrihew.

HOPKINS moved for a commission to take the examination of witnesses, in this cause, residing at *Baltimore.* The commissioners were named in the notice.

*J. Radcliff*, contra, suggested that one of the commissioners named, was an agent of the plaintiff, and might be so far interested as to render him unfit to be a commissioner.

*Per Curiam.* The court will not receive the objection, on a mere suggestion of counsel. You must produce an affidavit to satisfy the court, that there are reasons for believing that either of the commissioners will not be disinterested or impartial.

Rule granted.

*(margin:)* NEW-YORK, May, 1808.

Biays
v.
Merrihew.

Objections to commissioners named to take the examination of witnesses abroad, will not be received upon mere suggestion, but there must be an affidavit of the grounds of objection.